DONNA WINN, ADMINISTRATRIX (ESTATE OF GLENN WINN) *v.* DAVID POSADES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 610 (AC 25549), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the directed judgment of the trial court?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17567.

*Norman A. Pattis,* in support of the petition.

*David S. Monastersky* and *Claudia A. Baio*, in opposition.

Decided November 21, 2005